

# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 11/20/15 | 1330596-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered by | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 11/13/15 | | FORT LEONARDWOOD | | dlh | 11/13/15 | 11/19/15 | CMC | 1 of 1 |

**Special Instructions** [3]

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
FORT LEONARDQWOOD
AIT COMPLEX II DFAC PHASE 1

FORT LEONARDWOOD, MO

project w912dq-15-c-4004

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 112ANG20-10-33MIL | 200 | 200 | 0 | PCS | 1 1/2"X10'ANGLE 20GA33MIL | 2000 | 302.00 | | MLF | 604.00 |
| 2 | 600SLT-30-10 | 50 | 50 | 0 | PCS | 6"X10'SLP-TRK 20GA | 500 | 1395.00 | | MLF | 697.50 |
| 3 | 600T20-33MIL | 130 | 130 | 0 | PCS | 6"X10'TRACK 20GA 33 MIL | 1300 | 760.00 | | MLF | 988.00 |
| 4 | 600S125-33-1405050 | 400 | 400 | 0 | PCS | 6"X14'5 1/2"STUDS 20GA33MI | 5780 | 765.00 | | MLF | 4421.70 |
| 5 | 362SLT-30-10 | 120 | 120 | 0 | PCS | 3 5/8"X10'SLP-TRK 20GA | 1200 | 1135.00 | | MLF | 1362.00 |
| 6 | 362T125-33-10 | 420 | 420 | 0 | PCS | 3 5/8"X10'TRACK 20GA 33MIL | 4200 | 550.00 | | MLF | 2310.00 |
| 7 | 362S125-33-1405050 | 1000 | 1000 | 0 | PCS | 3 5/8"X14'5 1/2"STUDS 20GA | 14450 | 560.00 | | MLF | 8092.00 |
| 8 | 600S125-33-11 | 278 | 278 | 0 | PCS | 6"X11'STUDS 20GA 33MIL | 3058 | 765.00 | | MLF | 2339.37 |
| 9 | 362S125-33-11 | 200 | 200 | 0 | PCS | 3 5/8"X11'STUDS 20GA 33MIL | 2200 | 560.00 | | MLF | 1232.00 |
| 10 | 362T200-54-10 | 20 | 20 | 0 | PCS | 3 5/8"X10'TRK 16GA 2"L | 200 | 1015.00 | | MLF | 203.00 |
| 11 | 362T125-54-10 | 20 | 20 | 0 | PCS | 3-5/8" X 10' TRACK 16GA | 200 | 835.00 | | MLF | 167.00 |
| 12 | 362S162-54-12 | 47 | 47 | 0 | PCS | 3-5/8"X12STUD 16GA 33KSI | 564 | 980.00 | | MLF | 552.72 |
| 13 | 600T200-54-10 | 1 | 1 | 0 | PCS | 6"X10'TRACK 16GA 2"LEG | 10 | 1340.00 | | MLF | 13.40 |
| 14 | 600T125-54-10 | 1 | 1 | 0 | PCS | 6" X 10' TRACK 16GA | 10 | 1165.00 | | MLF | 11.65 |
| 15 | 600S162-54-10 | 4 | 4 | 0 | PCS | 6"X10'STUD 16GA 33KSI | 40 | 1295.00 | | MLF | 51.80 |
| 16 | 362S125-33-12 | 200 | 200 | 0 | PCS | 3 5/8"X12'STUDS 20GA 33MIL | 2400 | 560.00 | | MLF | 1344.00 |
| | | | Total Drywall Stud = | 36112 | Lineal Ft | | | | | | |

**PLAINTIFF'S EXHIBIT**
2

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 24390.14 |
| Missouri | | | TAX | 2222.67 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **26612.81** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice
ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 11/30/15 | 1330929-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 11/25/15 | | AIT | | cmc | 11/25/15 | 11/25/15 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|

**SOLD TO:**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO:**

AIT
CPU

,

project w912dq-15-c-4004

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 800SLT-30-10 | 8 | 8 | 0 | PCS | 8"X10'SLOTTED TRACK 20GA | 80 | 2532.00 | | MLF | 202.56 |
| 2 | 800T125-54-10 | 10 | 10 | 0 | PCS | 8" x10' TRACK 16GA | 100 | 1763.00 | | MLF | 176.30 |
| 3 | SD12F | 1 | 1 | 0 | CTN | 1/2" FRAMING TYPE S-12SCRE | 1 | 101.54 | | CTN | 101.54 |
| | | Total Drywall Stud = | 180 | | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 480.40 |
| Missouri | | | TAX | 43.78 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **524.18** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 12/07/15 | 1331103-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 12/03/15 | | AIT / FORT | | tjv | 12/03/15 | 12/04/15 | CMC | 1 of 1 |

**Special Instructions** [3]

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

AIT / FORT
CPU

, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PROJECT W912-DQ-15-C-4004 | | | | | |
| 1 | 600T125-43-10 | 20 | 20 | 0 | PCS | 6" X 10' TRACK 18GA | 200 | 1113.00 | | MLF | 222.60 |
| 2 | 600S162-43-10 | 20 | 20 | 0 | PCS | 6"X10'STUDS 18GA | 200 | 1288.00 | | MLF | 257.60 |
| 3 | 200FS-30-10 | 30 * | 30 | 0 | each | 2"X10'FLAT STRAP 20GA | 300 | 254.00 | | MLF | 76.20 |
| 4 | 362S162-43-09 | 20 | 20 | 0 | PCS | 3 5/8"x9STUD 18GA 33KSI | 180 | 969.00 | | MLF | 174.42 |
| 5 | C15Z | 1 | 1 | 0 | CTN | 1 5/8"SELF DRILLER GRABBER | 1 | 140.40 | | CTN | 140.40 |
| 6 | C14Z | 2 * | 2 | 0 | CTN | 1 1/4 COLLATED SCREW S12 | 2 | 140.40 | | CTN | 280.80 |
| | | | | | | Total Drywall Stud = 580 Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals |
|---|---|---|---|

Taxable: Yes
Missouri
hazelwood

SIGNATURE _____

DATE _____

I CERTIFY THAT THE MATERIALS LISTED ON THIS
DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION
INDICATED AND THE QUANTITIES ARE CORRECT.

LOADED BY _____

CHECKED BY _____

DELIVERED BY _____

| | |
|---|---|
| SUBTOTAL | 1152.02 |
| TAX | 104.98 |
| ADD'L CHARGES | 0.00 |
| **TOTAL** | **1257.00** |

Payments

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| | Customer No. | Date | Order Number |
|---|---|---|---|
| | 2543 | 12/07/15 | 1331107-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 12/04/15 | | SPECKER CHAPEL | | cmc | 12/04/15 | 12/04/15 | CMC | 1 of 1 |

| Special Instructions |
|---|
| [4] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

SPECKER CHAPEL
CPU

,

PROJECT W912DQ-15-C-4004

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TUFFBOND | 3 | 3 | 0 | each | GEMCO ADHESIVE | 3 | 52.00 | | each | 156.00 |
| 2 | 612SP | 3 | 3 | 0 | each | 6 1/2" STICK PINS | 3 | 85.00 | | each | 255.00 |
| 3 | 112SLW | 2 | 2 | 0 | each | 1 1/2" SELF LOCK WASHER | 2 | 32.00 | | each | 64.00 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 475.00 |
| Missouri | | | TAX | 43.29 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **518.29** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 12/10/15 | 1331167-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 12/07/15 | | FORT LEONARDWOOD AIT | | dlh | 12/07/15 | 12/09/15 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD AIT
PICK UP

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PROJECT W912-DQ-15-C-4004 | | | | | |
| 1 | 362S162-43-12 | 90 | 90 | 0 | PCS | 3-5/8X12'STUD 18GA 33KSI | 1080 | 969.00 | | MLF | 1046.52 |
| | | | Total Drywall Stud = | | 1080 | Lineal Ft | | | | | |

| Tax Details | | | | Totals | |
|---|---|---|---|---|---|
| Taxable: Yes | | | SUBTOTAL | 1046.52 |
| Missouri | | | TAX | 95.37 |
| hazelwood | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **1141.89** |

Received By

SIGNATURE _____

DATE _____

I CERTIFY THAT THE MATERIALS LISTED ON THIS
DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION
INDICATED AND THE QUANTITIES ARE CORRECT.

Sign & Date

LOADED BY _____

CHECKED BY _____

DELIVERED BY _____

Payments

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can
result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To
avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work
described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 12/10/15 | 1331223-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 12/09/15 | | AIT | | cmc | 12/09/15 | 12/09/15 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

AIT
CPU

,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | **PROJECT W912-DQ-15-C-4004** | | | | | |
| 1 | 57646498 | 15 | 15 | 0 | PAIL | SENERSHIELD R 5GAL PAIL | 15 | 132.76 | | PAIL | 1991.40 |
| 2 | 800T125-54-10 | 10 | 10 | 0 | PCS | 8" x10' TRACK 16GA | 100 | 1763.00 | | MLF | 176.30 |
| 5 | 362T125-43-10 | 50 | 50 | 0 | PCS | 3-5/8x10'TRACK 18ga | 500 | 791.00 | | MLF | 395.50 |
| 6 | MARKPAINT-C | 2 | 2 | 0 | each | CLEAR MARKING PAINT | 2 | 5.55 | | each | 11.10 |
| 7 | usgacoust | 12 | 12 | 0 | tbs | usg acoustical sealant | 12 | 7.29 | | tbs | 87.48 |
| | | | Total Drywall Stud = | 600 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 2661.78 |
| Missouri | DATE _____ | CHECKED BY _____ | TAX | 242.57 |
| hazelwood | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **2904.35** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 12/14/15 | 1331333-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 12/11/15 | | FORT DINING | | dlh | 12/11/15 | 12/11/15 | CMC | 1 of 1 |

| Special Instructions | | | | | | | | [2] |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

PICK UP
FORT DINING FACILITY

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PROJECT W912DQ-15-C-4004 | | | | | |
| 1 | H1414 | 1 | 1 | 0 | each | 1/4x1 1/2 King Pin | 1 | 14.48 | | each | 14.48 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 14.48 |
| Missouri | | | TAX | 1.32 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | TOTAL | 15.80 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 01/25/16 | 1332246-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/16 | | FORT SPECKER | | dlh | 01/21/16 | 01/22/16 | CMC | 1 of 1 |

| Special Instructions | [7] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
SPECKER

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U250JT | 40 | 40 | 0 | RLS | USG 250' JOINT TAPE 20 RLS | 40 | 2.00 | | RLS | 80.00 |
| 2 | 162T125-20-10 | 10 | 10 | 0 | PCS | 1 5/8"x10'track 20ga | 100 | 294.00 | | MLF | 29.40 |
| 3 | 34PLYWOOD-FR | 10 | 10 | 0 | pcs | 4x8x3/4" PLYWOOD FR | 10 | 58.00 | | pcs | 580.00 |
| 4 | 600FS-54-10 | 10 | 10 | 0 | PCS | 6"x10'strapping 16ga | 100 | 1267.00 | | MLF | 126.70 |
| 5 | usg506 | 116 | 116 | 0 | CTN | 5/8X2X2 USG FISSURED SHADO | 7424 | 600.00 | | MSF | 4454.40 |
| 6 | 12SHG08-N | 10 | 10 | 0 | PCS | 1/2"X8'XP EXT EXPOSURESHEA | 320 | 680.00 | | MSF | 217.60 |
| | | | Total Wallboard = | 320 | Square Ft | | | | | | |
| | | | Total Drywall Stud = | 100 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 5488.10 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **5488.10** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 01/29/16 | 1332427-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/16 | | DINING FACILITY | | cmc | 01/27/16 | 01/27/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
cpu

|   | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 600S162-43-16 | 55 | 55 | 0 | PCS | 6"X16'STUD 18GA 33KSI | 880 | 1100.00 | | MLF | 968.00 |
| 2 | 600S162-54-16 | 25 | 25 | 0 | PCS | 6"X16'STUD 16GA 33KSI | 400 | 1250.00 | | MLF | 500.00 |
| 3 | 600T125-54-10 | 40 | 40 | 0 | PCS | 6" X 10' TRACK 16GA | 400 | 1100.00 | | MLF | 440.00 |
| 4 | 600T125-20-10 | 30 | 30 | 0 | PCS | 6"x10' TRACK 20GA 1"LEG | 300 | 540.00 | | MLF | 162.00 |
| 5 | TW112 | 2 | 2 | 0 | box | TIE WIRE DRIVE 1/4"X  11/2 | 2 | 26.00 | | box | 52.00 |
| 6 | 12HW-12 | 100 | 100 | 0 | PCS | 12' HANGER WIRE 12 GA. | 1200 | 39.00 | | MLF | 46.80 |
| 7 | 58shg08-n | 10 | 10 | 0 | PCS | 5/8"X8'XP EXT EXPOSURESHEA | 320 | 680.00 | | MSF | 217.60 |
| | | Total Wallboard = | 320 | Square Ft | | | | | | | |
| | | Total Drywall Stud = | 1980 | Lineal Ft | | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 2386.40 |
| Missouri | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| hazelwood | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | | ADD'L CHARGES | 0.00 |
| | | DELIVERED BY _____ | **TOTAL** | **2386.40** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/05/16 | 1332441-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/16 | | DINING FACILITY | | cmc | 01/27/16 | 02/04/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 600S162-43-16 | 60 | 60 | 0 | PCS | 6"X16'STUD 18GA 33KSI | 960 | 1288.00 | | MLF | 1236.48 |
| | | | Total Drywall Stud = | | 960 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 1236.48 |
| Missouri | | CHECKED BY _____ | TAX | 0.00 |
| hazelwood | DATE _____ | | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | TOTAL | 1236.48 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/05/16 | 1332444-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 01/27/16 | | FT WOOD | | cmc | 01/27/16 | 02/04/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
CPU

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 612SP | 2 | 2 | 0 | each | 6 1/2" STICK PINS | 2 | 84.00 | | each | 168.00 |
| 2 | INSWASH | 1 | 1 | 0 | each | INSULATION WASHER | 1 | 32.00 | | each | 32.00 |
| 3 | SPGLUE | 3 | 3 | 0 | each | STICK PIN GLUE | 3 | 50.00 | | each | 150.00 |
| 4 | 57646498 | 1 | 1 | 0 | PAIL | SENERSHIELD R 5GAL PAIL | 1 | 132.76 | | PAIL | 132.76 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 482.76 |
| Missouri | | CHECKED BY _____ | TAX | 0.00 |
| hazelwood | | | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. DATE _____ | DELIVERED BY _____ | TOTAL | 482.76 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanic's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/04/16 | 1332494-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 01/28/16 | | DINING FACILITY | | dlh | 01/28/16 | 02/03/16 | CMC | 1 of 1 |

| Special Instructions | [7] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 600S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 | 285 | 285 | 0 | PCS | 6"X14'5"STUDS 20GA 33MIL | 4106.85 | 839.00 | | MLF | 3445.65 |
| 2 | 58M12 | 204 | 141 | 63 | PCS | 5/8"X4'X12'MOLD RESISTANT | 6768 | 490.00 | | MSF | 3316.32 |
| | | | | | | USG IF WE HAVE IT | | | | | |
| 3 | 58FC12 | 204 | 204 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 9792 | 410.00 | | MSF | 4014.72 |
| | | | | | | GOLDBOND IF WE HAVE IT | | | | | |
| 4 | 600SLT-30-10 | 25 | 25 | 0 | PCS | 6"X10'SLP-TRK 20GA | 250 | 1765.00 | | MLF | 441.25 |
| 5 | USGACOUST | 24 | 24 | 0 | tbs | usg acoustical sealant | 24 | 7.29 | | tbs | 174.96 |
| | | | | | | NEEDS THE FIRE AND SOUND | | | | | |
| 6 | 362S162-54-16 | 12 | 12 | 0 | PCS | 3-5/8"X16STUD 16GA 33KSI | 192 | 1249.00 | | MLF | 239.81 |
| 7 | 58shg08-n | 18 | 18 | 0 | PCS | 5/8"X8'XP EXT EXPOSURESHEA | 576 | 710.00 | | MSF | 408.96 |
| 8 | 10075H3 | 2 | 2 | 0 | CTN | 3/4" HEX HEAD SELF DRILL | 2 | 99.62 | | CTN | 199.24 |
| | | | Total Wallboard = | | 20160 | Square Ft | | | | | |
| | | | Total Drywall Stud = | | 4549 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 12240.91 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | TOTAL | 12240.91 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

REMIT TO:
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/09/16 | 1332726-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 02/05/16 | | FT WOOD | | cmc | 02/05/16 | 02/08/16 | CMC | 1 of 1 |

| Special Instructions | [5] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
cpu

,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58shg08-n | 18 | 18 | 0 | PCS | 5/8"X8'XP EXT EXPOSURESHEA | 576 | 685.00 | | MSF | 394.56 |
| 2 | DSP001 | 1 | 1 | 0 | PCS | USG/DONN SPRAY PAINT WHITE | 1 | 17.00 | | PCS | 17.00 |
| 3 | 10075h3 | 2 | 2 | 0 | CTN | 3/4" HEX HEAD SELF DRILL | 2 | 99.62 | | CTN | 199.24 |
| 4 | HHBTH | 6 | 6 | 0 | each | HEX HEAD BIT TIP HOLDER | 6 | 5.27 | | each | 31.62 |
| | | | Total Wallboard = | | 576 | Square Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 642.42 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **642.42** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice**

**ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/11/16 | 1332826-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 02/10/16 | | DINING FACILITY | | cmc | 02/10/16 | 02/10/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
CPU
,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12075H3 | 2 | 2 | 0 | each | 3/4" HEAD HEAD #12 SELFDRI | 2 | 144.99 | | each | 289.98 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|

Taxable: No
Missouri
hazelwood

SIGNATURE _____

DATE _____

I CERTIFY THAT THE MATERIALS LISTED ON THIS
DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION
INDICATED AND THE QUANTITIES ARE CORRECT.

LOADED BY _____

CHECKED BY _____

DELIVERED BY _____

| | |
|---|---|
| SUBTOTAL | 289.98 |
| TAX | 0.00 |
| ADD'L CHARGES | 0.00 |
| **TOTAL** | **289.98** |

Payments

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can
result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To
avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work
described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/15/16 | 1332920-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 02/12/16 | | DINING | | dlh | 02/12/16 | 02/12/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
PICK UP

,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6p20100 | 1 | 1 | 0 | ROLL | 6 MIL POLY 20'X100' | 1 | 85.47 | | ROLL | 85.47 |
| 2 | 150A-30-10 | 40 | 40 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 400 | 398.00 | | MLF | 159.20 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 244.67 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **244.67** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/17/16 | 1332947-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 02/15/16 | | DINING FCILITY | | cmc | 02/16/16 | 02/16/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

C
DINING FACILITY
jeff 636-299-8960
FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58MIR12 | 24 | 24 | 0 | PCS | 5/8"x12'MOLD IMPACT WALLBO | 1152 | 800.00 | | MSF | 921.60 |
| 2 | 58MIR08 | 36 | 36 | 0 | PCS | 5/8"X8'MOLD IMPACT WALLBOA | 1152 | 800.00 | | MSF | 921.60 |
| 3 | E1817 | 94 | 94 | 0 | BAG | R19X16"X96" UNFACED INSULA | 10026.98 | 396.00 | | MSF | 3970.68 |
| 4 | JB14 | 50 | 50 | 0 | pcs | BULLNOSE 7/8" CORNER | 50 | 1.58 | | pcs | 79.00 |
| 5 | 600SLT-30-10 | 30 | 30 | 0 | PCS | 6"X10'SLP-TRK 20GA | 300 | 1600.00 | | MLF | 480.00 |
| 6 | 600T125-20-10 | 30 | 30 | 0 | PCS | 6"x10' TRACK 20GA 1"LEG | 300 | 550.00 | | MLF | 165.00 |
| 7 | usgacoust | 48 | 48 | 0 | tbs | usg acoustical sealant | 48 | 7.29 | | tbs | 349.92 |
| 8 | 600S125-20-16 | 50 | 50 | 0 | PCS | 6"X16'STUD 20 GA. | 800 | 560.00 | | MLF | 448.00 |
| 9 | MCB10 | 50 | 50 | 0 | PCS | 1 1/4" X 10' METAL CORNER | 500 | 179.00 | | MLF | 89.50 |
| 10 | MCB12 | 42 | 42 | 0 | PCS | 1 1/4" X 12' METAL CORNER | 504 | 179.00 | | MLF | 90.22 |
| 11 | TT9110 | 50 | 50 | 0 | PCS | 5/8" X 10' PLASTIC TEARAWA | 500 | 146.00 | | MLF | 73.00 |

Total Wallboard = 2304 Square Ft
Total Drywall Stud = 1400 Lineal Ft

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 7588.52 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **7588.52** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/24/16 | 1333113-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 02/19/16 | | SPECKER | | dlh | 02/19/16 | 02/23/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

SPECKER CHAPEL
PICK UP

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RZPGP8 | 3 | 3 | 0 | each | GUIDE BITS | 3 | 12.20 | | each | 36.60 |
| 2 | JS14 | 50 | 50 | 0 | each | GRID OUTSIDE CORNERS | 50 | 3.75 | | each | 187.50 |
| 3 | MARKPAINT-C | 3 | 3 | 0 | each | CLEAR MARKING PAINT | 3 | 5.55 | | each | 16.65 |
| 4 | H1414 | 1 | 1 | 0 | each | 1/4x1 1/2 King Pin | 1 | 14.48 | | each | 14.48 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 255.23 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **255.23** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 02/26/16 | 1333182-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Req'd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 02/23/16 | | DINING FACILITY | | dlh | 02/25/16 | 02/25/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

| SOLD TO | SHIP TO |
|---|---|
| COMMERCIAL DRYWALL CORPORATION | FORT LEONARDWOOD |
| 5920 THOMAS ESTATES DRIVE | DINING FACILITY |
| HILLSBORO, MO 63050 | FORT LEONARDWOOD, MO |

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58shg08-n | 100 | 100 | 0 | PCS | 5/8"X8'XP EXT EXPOSURESHEA | 3200 | 710.00 | | MSF | 2272.00 |
| 2 | 093 | 50 | 50 | 0 | PCS | 10' #093 ZINC CONTROLJOINT | 500 | 882.00 | | MLF | 441.00 |
| 3 | MCB10 | 100 | 100 | 0 | PCS | 1 1/4" X 10' METAL CORNER | 1000 | 179.00 | | MLF | 179.00 |
| 4 | TT9110 | 50 | 50 | 0 | PCS | 5/8" X 10' PLASTIC TEARAWA | 500 | 146.00 | | MLF | 73.00 |
| 5 | 847 | 12 | 12 | 0 | each | trim tex spray adhesive | 12 | 7.63 | | each | 91.56 |
| 6 | 362S162-54-10 | 26 | 26 | 0 | PCS | 3-5/8"X10STUD 16GA 33KSI | 260 | 1249.00 | | MLF | 324.74 |
| 7 | 362SLT-30-10 | 10 | 10 | 0 | PCS | 3 5/8"X10'SLP-TRK 20GA | 100 | 1386.00 | | MLF | 138.60 |
| 8 | U250JT | 40 | 40 | 0 | RLS | USG 250' JOINT TAPE 20 RLS | 40 | 2.74 | | RLS | 109.60 |
| 9 | 600S125-20-14 | 140 | 140 | 0 | PCS | 6"X14' STUD 20 GA. | 1960 | 604.00 | | MLF | 1183.84 |
| 10 | 600T125-20-10 | 44 | 44 | 0 | PCS | 6"x10' TRACK 20GA 1"LEG | 440 | 592.00 | | MLF | 260.48 |
| 11 | 600S125-20-16 | 90 | 90 | 0 | PCS | 6"X16'STUD 20 GA. | 1440 | 604.00 | | MLF | 869.76 |
| 12 | 600S125-20-16 | 10 | 10 | 0 | PCS | 6"X16'STUD 20 GA. | 160 | 604.00 | | MLF | 96.64 |
| | | Total Wallboard = | 3200 | Square Ft | | | | | | | |
| | | Total Drywall Stud = | 4360 | Lineal Ft | | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 6040.22 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | TOTAL | 6040.22 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/08/16 | 1333431-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/16 | | DINING FACILITY | | cmc | 03/03/16 | 03/07/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
CPU

,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 612SP | 2 | 2 | 0 | each | 6 1/2" STICK PINS | 2 | 84.00 | | each | 168.00 |
| 2 | SPGLUE | 3 | 3 | 0 | each | STICK PIN ADHESIVE | 3 | 50.00 | | each | 150.00 |
| 3 | INSWASH | 1 | 1 | 0 | each | INSULATION WASHERS | 1 | 32.00 | | each | 32.00 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 350.00 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **350.00** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/07/16 | 1333436-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/03/16 | | DINNING FACILITY | JEFF | tjv | 03/03/16 | 03/07/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
CPU
, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | RZPGP8 | 4 * | 4 | 0 | each | GUIDE BITS | 4 | 12.20 | | each | 48.80 |
| 2 | 600T125-20-10 | 30 | 30 | 0 | PCS | 6"x10' TRACK 20GA 1"LEG | 300 | 592.00 | | MLF | 177.60 |
| 3 | 150F125-30-12 | 60 * | 60 | 0 | PCS | 1 1/2" X 12' DWC 20GA | 720 | 643.00 | | MLF | 462.96 |
| 4 | 10075h3 | 3 | 3 | 0 | CTN | 3/4" HEX HEAD SELF DRILL | 3 | 99.62 | | CTN | 298.86 |
| 5 | ADARCWOC | 1 | 1 | 0 | each | RESIDENTIAL DW CART | 1 | 375.00 | | each | 375.00 |
| | | | Total Drywall Stud = | 300 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals |
|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL 1363.22<br>TAX 0.00<br>ADD'L CHARGES 0.00<br>**TOTAL 1363.22** |
| | | | Payments |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/07/16 | 1333472-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/16 | | DINING FACILITY | | cmc | 03/07/16 | 03/07/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
CPU
,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 45183676 | 2 | 2 | 0 | ROLL | 4" SHEATHING FABRIC 180' | 2 | 26.96 | | ROLL | 53.92 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 53.92 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THIS LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **53.92** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/07/16 | 1333475-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/07/16 | | DINING FACILITY | | cmc | 03/07/16 | 03/07/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
CPU
,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 150A-30-10 | 100 | 100 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 1000 | 398.00 | | MLF | 398.00 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 398.00 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **398.00** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/10/16 | 1333574-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/09/16 | | SPECKER CHAPEL | | cmc | 03/09/16 | 03/09/16 | CMC | 1 of 1 |

| Special Instructions | |
|---|---|
| | [3] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

SPECKER CHAPEL
CPU

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PROJECT W912DQ-15-C-4004 | | | | | |
| 1 | 150ZF-18-10 | 50 | 50 | 0 | PCS | 1 1/2" X 10' Z- FURRINGCHA | 500 | 270.00 | | MLF | 135.00 |
| 2 | 600T125-20-10 | 30 | 30 | 0 | PCS | 6"x10' TRACK 20GA 1"LEG | 300 | 592.00 | | MLF | 177.60 |
| | | | | | | Total Drywall Stud = 300 Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 312.60 |
| Missouri | | | TAX | 28.49 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **341.09** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/16/16 | 1333676-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/14/16 | | AIT | | cmc | 03/15/16 | 03/15/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| JEFF 636-299-8960 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

AIT BLDG
FT LEONARD WOOD

FT LEONARD WOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | PROJECT W912DQ-15-C-4004 | | | | | |
| 1 | 847 | 12 | 12 | 0 | each | trim tex spray adhesive | 12 | 7.63 | | each | 91.56 |
| 2 | 600T125-20-10 | 10 | 10 | 0 | PCS | 6"x10' TRACK 20GA 1"LEG | 100 | 560.00 | | MLF | 56.00 |
| 3 | 600S125-20-10 | 30 | 30 | 0 | PCS | 6"X10' STUD 20 GA. | 300 | 570.00 | | MLF | 171.00 |
| 4 | 250S125-20-10 | 80 | 80 | 0 | PCS | 2 1/2"x10' STUD 20GA | 800 | 368.00 | | MLF | 294.40 |
| 5 | 250T125-20-10 | 20 | 20 | 0 | PCS | 2 1/2"x10' TRACK 20 GA 1" | 200 | 355.00 | | MLF | 71.00 |
| 6 | 093 | 25 | 25 | 0 | PCS | 10' #093 ZINC CONTROLJOINT | 250 | 882.00 | | MLF | 220.50 |
| 7 | U250JT | 40 | 40 | 0 | RLS | USG 250' JOINT TAPE 20 RLS | 40 | 2.74 | | RLS | 109.60 |
| | | | Total Drywall Stud = | | 1400 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 1014.06 |
| Missouri | | | TAX | 92.41 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **1106.47** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanic's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice**
**ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/16/16 | 1333677-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/14/16 | | DINING FACILITY | | cmc | 03/15/16 | 03/15/16 | CMC | 1 of 1 |

**Special Instructions** [3]

PROJECT W912DQ-15-C-4004

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58shg08-n | 100 | 100 | 0 | PCS | 5/8"X8'XP EXT EXPOSURESHEA | 3200 | 685.00 | | MSF | 2192.00 |
| 2 | 6p12100 | 3 | 3 | 0 | ROLL | 6 mil poly 12'x100' | 3 | 52.25 | | ROLL | 156.75 |
| 3 | 600S125-20-16 | 40 | 40 | 0 | PCS | 6"X16'STUD 20 GA. | 640 | 570.00 | | MLF | 364.80 |
| 4 | 362S125-20-16 | 70 | 70 | 0 | PCS | 3-5/8"X16' STUD 20 GA. | 1120 | 380.00 | | MLF | 425.60 |
| 5 | 362S125-20-12 | 50 | 50 | 0 | PCS | 3-5/8" X 12' STUD 20 GA. | 600 | 380.00 | | MLF | 228.00 |
| | | | Total Wallboard = | 3200 | | Square Ft | | | | | |
| | | | Total Drywall Stud = | 2360 | | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals |

Taxable: No
Missouri
hazelwood

SIGNATURE _____

DATE _____

I CERTIFY THAT THE MATERIALS LISTED ON THIS
DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION
INDICATED AND THE QUANTITIES ARE CORRECT.

LOADED BY _____

CHECKED BY _____

DELIVERED BY _____

| | |
|---|---|
| SUBTOTAL | 3367.15 |
| TAX | 0.00 |
| ADD'L CHARGES | 0.00 |
| **TOTAL** | **3367.15** |

Payments

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

REMIT TO:
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/24/16 | 1333744-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/16/16 | | SPECKER | | cmc | 03/23/16 | 03/23/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
SPECKER CHAPEL

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 612SP | 2 | 2 | 0 | each | 6 1/2" STICK PINS | 2 | 84.00 | | each | 168.00 |
| 2 | SPGLUE | 3 | 3 | 0 | each | STICK PIN GLUE | 3 | 50.00 | | each | 150.00 |
| 3 | SPWASHER | 1 | 1 | 0 | each | STICK PIN WASHER | 1 | 32.00 | | each | 32.00 |
| 4 | E1825 | 25 | 25 | 0 | BAG | R19X24X96" UNFACED INSULAT | 3600 | 374.00 | | MSF | 1346.40 |
| 5 | RZPGP8 | 6 | 6 | 0 | each | GUIDE BITS | 6 | 12.20 | | each | 73.20 |
| 6 | SD114DW | 1 | 1 | 0 | CTN | 1-1/4" TYPE S-12 SCREW 8 M | 1 | 78.37 | | CTN | 78.37 |
| 7 | SD12F | 1 | 1 | 0 | CTN | 1/2" FRAMING TYPE S-12SCRE | 1 | 101.54 | | CTN | 101.54 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 1949.51 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | TOTAL | 1949.51 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/21/16 | 1333807-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/18/16 | | DINING | | cmc | 03/18/16 | 03/18/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
CPU

,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 10075h3 | 1 | 1 | 0 | CTN | 3/4" HEX HEAD SELF DRILL | 1 | 99.62 | | CTN | 99.62 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 99.62 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **99.62** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/24/16 | 1333879-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/22/16 | | DINING FACILITY | | dlh | 03/23/16 | 03/23/16 | CMC | 1 of 1 |

| Special Instructions | |
|---|---|
| PROJECT W912DQ-15-C-4004 | [3] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14R08 | 200 | 100 | 100 | PCS | 1/4"X8' REGULAR | 3200 | 380.00 | | MSF | 1216.00 |
| 2 | 58FC12 | 400 | 200 | 200 | PCS | 5/8"X12' FIRE RATED WLBD | 9600 | 410.00 | | MSF | 3936.00 |
| 3 | 58M12 | 200 | 100 | 100 | PCS | 5/8"X4'X12'MOLD RESISTANT | 4800 | 490.00 | | MSF | 2352.00 |
| 4 | E1405 | 12 | 12 | 0 | BAG | R-11X16"X96"UNFACED INSULA | 2048.04 | 235.00 | | MSF | 481.29 |
| 5 | E1817 | 19 | 19 | 0 | BAG | R19X16"X96" UNFACED INSULA | 2026.73 | 396.00 | | MSF | 802.59 |
| 6 | C15Z | 3 | 3 | 0 | CTN | 1 5/8"SELF DRILLER GRABBER | 3 | 140.40 | | CTN | 421.20 |
| 7 | UAP-5P | 48 | 48 | 0 | PAIL | U.S.G. READY MIX 62# PAIL | 48 | 16.04 | | PAIL | 769.92 |
| 8 | UP3LW-5P | 48 | 48 | 0 | PAIL | U.S.G. PLUS 3 READY MIX45# | 48 | 16.30 | | PAIL | 782.40 |
| | | | Total Wallboard = | 35200 | Square Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 10761.40 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **10761.40** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/29/16 | 1333879-01 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/22/16 | | DINING FACILITY | | dlh | 03/28/16 | 03/28/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14R08 | 100 | 100 | 0 | PCS | 1/4"X8' REGULAR | 3200 | 380.00 | | MSF | 1216.00 |
| 2 | 58FC12 | 200 | 200 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 9600 | 410.00 | | MSF | 3936.00 |
| 3 | 58M12 | 100 | 100 | 0 | PCS | 5/8"X4'X12'MOLD RESISTANT | 4800 | 480.00 | | MSF | 2304.00 |
| | | | Total Wallboard = | | 17600 | Square Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | | | SUBTOTAL | 7456.00 |
| Missouri | SIGNATURE _____ | LOADED BY _____ | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **7456.00** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/29/16 | 1333975-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/25/16 | | DINING FACILITY | | dlh | 03/28/16 | 03/28/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 600S125-20-16 | 10 | 10 | 0 | PCS | 6"X16'STUD 20 GA. | 160 | 580.00 | | MLF | 92.80 |
| 2 | 362S125-20-12 | 50 | 50 | 0 | PCS | 3-5/8" X 12' STUD 20 GA. | 600 | 390.00 | | MLF | 234.00 |
| 3 | 362S125-20-16 | 30 | 30 | 0 | PCS | 3-5/8"X16' STUD 20 GA. | 480 | 390.00 | | MLF | 187.20 |
| 4 | 362T125-20-10 | 30 | 30 | 0 | PCS | 3 5/8"x10'TRACK 20GA 1"L | 300 | 380.00 | | MLF | 114.00 |
| 5 | E1405 | 12 | 12 | 0 | BAG | R-11X16"X96"UNFACED INSULA | 2048.04 | 220.00 | | MSF | 450.57 |
| 6 | 150A-30-10 | 50 | 50 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 500 | 398.00 | | MLF | 199.00 |
| 7 | 58FC12 | 60 | 60 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 2880 | 410.00 | | MSF | 1180.80 |
| | | | Total Wallboard = | 2880 | Square Ft | | | | | | |
| | | | Total Drywall Stud = | 1540 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals |
|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br><br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br><br>CHECKED BY _____<br><br>DELIVERED BY _____ | SUBTOTAL 2458.37<br>TAX 0.00<br>ADD'L CHARGES 0.00<br>**TOTAL** 2458.37 |
| | | | Payments |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice**
**ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 03/29/16 | 1333976-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/25/16 | | AIT | | dlh | 03/28/16 | 03/28/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
AIT

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58M10 | 6 | 6 | 0 | PCS | 5/8"X4'X10'MOLD RESISTANT | 240 | 480.00 | | MSF | 115.20 |
| 2 | 58FC12 | 40 | 40 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 1920 | 410.00 | | MSF | 787.20 |
| 3 | 58FC10 | 90 | 90 | 0 | PCS | 5/8"X10' FIRE RATED WLBD | 3600 | 410.00 | | MSF | 1476.00 |
| 4 | 58MIR08 | 10 | 10 | 0 | PCS | 5/8"X8'MOLD IMPACT WALLBOA | 320 | 880.00 | | MSF | 281.60 |
| | | Total Wallboard = | 6080 | | | Square Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br><br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS<br>DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION<br>INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br><br>CHECKED BY _____<br><br>DELIVERED BY _____ | SUBTOTAL | 2660.00 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **2660.00** |

| Payments |
|---|
| |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 04/05/16 | 1334122-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/30/16 | | FORT LEONARDWOOD | | dlh | 03/30/16 | 04/01/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 800FS-68-10 | 24 | 24 | 0 | PCS | 8"X10'FLAT STRAP 14GA | 240 | 1825.00 | | MLF | 438.00 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 438.00 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **438.00** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

**NOTICE: Cost of collection past due accounts will be charged to customer's account.  Past due amounts draw interest at 1 1/2% per month.**

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 04/05/16 | 1334147-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 03/31/16 | | DINING FACILITIES | | dlh | 03/31/16 | 04/01/16 | CMC | 1 of 1 |

| Special Instructions | [5] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 362S162-43-18 | 38 | 38 | 0 | PCS | 3 5/8"X18'STUDS 18GA | 684 | 969.00 | | MLF | 662.80 |
| 2 | 10075H3 | 2 | 2 | 0 | CTN | 3/4" HEX HEAD SELF DRILL | 2 | 99.62 | | CTN | 199.24 |
| 3 | SD12F | 1 | 1 | 0 | CTN | 1/2" FRAMING TYPE S-12SCRE | 1 | 101.54 | | CTN | 101.54 |
| | | | Total Drywall Stud = | | 684 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 963.58 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **963.58** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 04/13/16 | 1334368-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/16 | | FORT DINING FACILITY | | dlh | 04/08/16 | 04/12/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
PICK UP

,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 800FS-54-10 | 12 | 12 | 0 | PCS | 8"x10'FLAT STRAP 16GA | 120 | 1530.00 | | MLF | 183.60 |
| 2 | 6p12100 | 2 | 2 | 0 | ROLL | 6 mil poly 12'x100' | 2 | 52.25 | | ROLL | 104.50 |
| 3 | 150A-30-10 | 50 | 50 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 500 | 398.00 | | MLF | 199.00 |
| 4 | 600FS-54-10 | 6 | 6 | 0 | PCS | 6"x10'strapping 16ga | 60 | 1267.00 | | MLF | 76.02 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 563.12 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 51.32 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | ADD'L CHARGES | 0.00 |
| | | DELIVERED BY _____ | **TOTAL** | 614.44 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 04/21/16 | 1334528-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 04/14/16 | | SPECKER CHAPEL | | dlh | 04/20/16 | 04/20/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
SPECKER CHAPEL
FORT LEONARDWOOD

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 250S125-33-22 | 80 | 80 | 0 | PCS | 2 1/2"X22'STUDS 20GA 33MIL | 1760 | 525.00 | | MLF | 924.00 |
| | | | Total Drywall Stud = | | 1760 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 924.00 |
| Missouri | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| hazelwood | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **924.00** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 04/21/16 | 1334614-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 04/19/16 | | DINING FACILITY | | dlh | 04/20/16 | 04/20/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
FORT LEONARDWOOD
DINING FACILITY
636-299-8960 JEFF
FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58FC12 | 120 | 120 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 5760 | 410.00 | | MSF | 2361.60 |
| 2 | 58M12 | 200 | 200 | 0 | PCS | 5/8"X4'X12'MOLD RESISTANT | 9600 | 490.00 | | MSF | 4704.00 |
| 3 | 362S125-20-12 | 280 | 280 | 0 | PCS | 3-5/8" X 12' STUD 20 GA. | 3360 | 407.00 | | MLF | 1367.52 |
| 4 | 362T125-20-10 | 120 | 120 | 0 | PCS | 3 5/8"x10'TRACK 20GA 1"L | 1200 | 396.00 | | MLF | 475.20 |
| 5 | TH52937 | 80 | 80 | 0 | EA | PARTICLE MASK | 80 | 1.07 | | EA | 85.60 |
| 6 | THR07054 | 24 | 24 | 0 | each | SANDING SPONGE | 24 | 3.72 | | each | 89.28 |
| 7 | U250JT | 40 | 40 | 0 | RLS | USG 250' JOINT TAPE 20 RLS | 40 | 2.74 | | RLS | 109.60 |
| 8 | 300JTF | 24 | 24 | 0 | RLS | 300' MESH TAPE | 24 | 5.14 | | RLS | 123.36 |
| 9 | JAB0914 | 50 | 50 | 0 | each | 120 WET KUT CLOTH | 50 | 0.65 | | each | 32.50 |
| 10 | RZPGP8 | 5 | 5 | 0 | each | GUIDE BITS | 5 | 12.20 | | each | 61.00 |
| | | | Total Wallboard = | 15360 | Square Ft | | | | | | |
| | | | Total Drywall Stud = | 4560 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 9409.66 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **9409.66** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account.  Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 04/29/16 | 1334936-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 04/29/16 | | FT WOOD | | cmc | 04/29/16 | 04/29/16 | CMC | 1 of 1 |

| Special Instructions | |
|---|---|
| PROJECT W912DQ-15-C-4004 | [4] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
CPU WILDCAT

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 250S125-20-10 | 10 | 10 | 0 | PCS | 2 1/2"X10' STUD 20GA | 100 | 368.00 | | MLF | 36.80 |
| 3 | 250T125-20-10 | 30 | 30 | 0 | PCS | 2 1/2"x10' TRACK 20 GA 1" | 300 | 355.00 | | MLF | 106.50 |
| 4 | 600T125-20-10 | 30 | 30 | 0 | PCS | 6"x10' TRACK 20GA 1"LEG | 300 | 592.00 | | MLF | 177.60 |
| 5 | 150A-30-10 | 40 | 40 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 400 | 398.00 | | MLF | 159.20 |
| | | | Total Drywall Stud = | 700 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br><br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS<br>DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION<br>INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br><br>CHECKED BY _____<br><br>DELIVERED BY _____ | SUBTOTAL | 480.10 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | 480.10 |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 05/20/16 | 1335406-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 05/19/16 | | FORT DINING | | dlh | 05/19/16 | 05/19/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
PICK UP

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DM7 | 80 | 80 | 0 | PCS | USG/DONN 12' ANGLE MOLD7/8 | 960 | 316.00 | | MLF | 303.36 |
| 2 | DX24 | 40 | 40 | 0 | PCS | USG/DONN 12' MAIN TEE20 PC | 480 | 566.00 | | MLF | 271.68 |
| 3 | DX422 | 120 | 120 | 0 | PCS | USG/DONN 4' CROSS TEE1-1/2 | 480 | 537.00 | | MLF | 257.76 |
| 4 | DX216 | 120 | 120 | 0 | PCS | USG/DONN 2' CROSS TEE60 PC | 240 | 482.00 | | MLF | 115.68 |
| 5 | JAB0914 | 25 | 25 | 0 | each | 120 WET KUT CLOTH | 25 | 0.65 | | each | 16.25 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 964.73 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **964.73** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice**
**ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 05/11/16 | 1335112-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 05/09/16 | FORT LENORAD WOOD | SPECKER CHURCH | JEFF | tje | 05/10/16 | 05/10/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LENOARD WOOD
SPECKER CHURCH

FORT LENORARD WOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 250S125-20-12 | 40 | 40 | 0 | PCS | 2-1/2"X12' STUD 20GA. | 480 | 368.00 | | MLF | 176.64 |
| 2 | RZPGP8 | 7 | 7 | 0 | each | GUIDE BITS | 7 | 12.20 | | each | 85.40 |
| | | | Total Drywall Stud = | 480 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 262.04 |
| Missouri | | | TAX | 23.88 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **285.92** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 05/25/16 | 1335515-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 05/24/16 | | FORT DINING | | dlh | 05/24/16 | 05/24/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
PICK UP

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 362S162-43-16 | 60 | 60 | 0 | PCS | 3-5/8X16'STUD 18GA 33KSI | 960 | 969.00 | | MLF | 930.24 |
| 2 | 362S162-43-12 | 30 | 30 | 0 | PCS | 3-5/8X12'STUD 18GA 33KSI | 360 | 969.00 | | MLF | 348.84 |
| 3 | 362S162-43-08 | 20 | 20 | 0 | PCS | 3 5/8"x8'STUDS 18GA | 160 | 969.00 | | MLF | 155.04 |
| 4 | 362S125-20-12 | 60 | 60 | 0 | PCS | 3-5/8" X 12' STUD 20 GA. | 720 | 407.00 | | MLF | 293.04 |
| 5 | 362T125-20-10 | 30 | 30 | 0 | PCS | 3 5/8"x10'TRACK 20GA 1"L | 300 | 396.00 | | MLF | 118.80 |
| 6 | PW4X10 | 7 | 7 | 0 | PCS | FRP PANEL 4X10 WHITE | 280 | 1053.00 | | MSF | 294.84 |
| 7 | DX24 | 80 | 80 | 0 | PCS | USG/DONN 12' MAIN TEE20 PC | 960 | 566.00 | | MLF | 543.36 |
| 8 | DX422 | 300 | 300 | 0 | PCS | USG/DONN 4' CROSS TEE1-1/2 | 1200 | 537.00 | | MLF | 644.40 |
| 9 | DX216 | 300 | 300 | 0 | PCS | USG/DONN 2' CROSS TEE60 PC | 600 | 482.00 | | MLF | 289.20 |
| 10 | DM7 | 120 | 120 | 0 | PCS | USG/DONN 12' ANGLE MOLD7/8 | 1440 | 316.00 | | MLF | 455.04 |
| 11 | MAR69105 | 5 | 5 | 0 | each | WHITE POP RIVETS-100 PK | 5 | 2.30 | | each | 11.50 |
| | | | Total Drywall Stud = | | 2500 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br><br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br><br>CHECKED BY _____<br><br>DELIVERED BY _____ | SUBTOTAL | 4084.30 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **4084.30** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/06/16 | 1335733-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/16 | | DINING FACILITY | | cmc | 06/03/16 | 06/03/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

| SOLD TO | SHIP TO |
|---|---|
| COMMERCIAL DRYWALL CORPORATION | FORT LEONARDWOOD |
| 5920 THOMAS ESTATES DRIVE | DINING FACILITY |
| HILLSBORO, MO 63050 | FORT LEONARDWOOD, MO |

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DGLW424 | 48 | 48 | 0 | PCS | 4'CROSS TEE FR 15/16" 48 P | 192 | 657.00 | | MLF | 126.14 |
| 2 | DX24 | 280 | 280 | 0 | PCS | USG/DONN 12' MAIN TEE20 PC | 3360 | 550.00 | | MLF | 1848.00 |
| 3 | DX422 | 840 | 840 | 0 | PCS | USG/DONN 4' CROSS TEE1-1/2 | 3360 | 530.00 | | MLF | 1780.80 |
| 4 | DX216 | 1680 | 1680 | 0 | PCS | USG/DONN 2' CROSS TEE60 PC | 3360 | 510.00 | | MLF | 1713.60 |
| 5 | 58FC12 | 70 | 70 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 3360 | 410.00 | | MSF | 1377.60 |
| 6 | MCB10 | 50 | 50 | 0 | PCS | 1 1/4" X 10' METAL CORNER | 500 | 179.00 | | MLF | 89.50 |
| 7 | MCB12 | 42 | 42 | 0 | PCS | 1 1/4" X 12' METAL CORNER | 504 | 179.00 | | MLF | 90.22 |
| 8 | 12HW-12 | 300 | 300 | 0 | PCS | 12' HANGER WIRE 12 GA. | 3600 | 51.00 | | MLF | 183.60 |
| 9 | C368 | 1 | 1 | 0 | each | 1-1/4"FINE GRABBER COLLA | 1 | 103.30 | | each | 103.30 |
| 10 | 58M12 | 24 | 24 | 0 | PCS | 5/8"X4'X12'MOLD RESISTANT | 1152 | 490.00 | | MSF | 564.48 |
| | | | Total Wallboard = | 4512 | Square Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 7877.24 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **7877.24** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account.  Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/06/16 | 1335751-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/16 | | FORT | | dlh | 06/03/16 | 06/03/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 100stc | 2 | 2 | 0 | each | 100ft sgl tap ext cord | 2 | 54.00 | | each | 108.00 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 108.00 |
| Missouri | DATE _____ | CHECKED BY _____ | TAX | 9.84 |
| hazelwood | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **117.84** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/06/16 | 1335732-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/01/16 | | SPECKER | | cmc | 06/03/16 | 06/06/16 | CMC | 1 of 1 |

| Special Instructions | |
|---|---|
| PROJECT W912DQ-15-C-4004 | [4] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

SPECKER CHAPEL

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58FC12 | 90 | 90 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 4320 | 410.00 | | MSF | 1771.20 |
| 2 | 58M10 | 40 | 40 | 0 | PCS | 5/8"X4'X10'MOLD RESISTANT | 1600 | 490.00 | | MSF | 784.00 |
| 3 | PWDB | 4 | 4 | 0 | PCS | DIVISON BAR 10' WHITE | 40 | 230.00 | | MLF | 9.20 |
| 4 | PWEC | 10 | 10 | 0 | PCS | FRP END CAP 10' WHITE | 100 | 230.00 | | MLF | 23.00 |
| 6 | 362S125-20-08 | 20 | 20 | 0 | PCS | 3-5/8"X8' STUD 20GA. | 160 | 407.00 | | MLF | 65.12 |
| 7 | 150A-30-10 | 60 | 60 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 600 | 398.00 | | MLF | 238.80 |
| | | | Total Wallboard = | 5920 | Square Ft | | | | | | |
| | | | Total Drywall Stud = | 160 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 2891.32 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **2891.32** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics' lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

REMIT TO:
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/07/16 | 1335773-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/02/16 | | FORT WOOD | | dlh | 06/02/16 | 06/06/16 | CMC | 1 of 1 |

| Special Instructions | |
|---|---|
| PROJECT W912DQ-15-C-4004 | [5] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 612SP | 1 | 1 | 0 | each | 6 1/2" STICK PIN WASHER | 1 | 84.00 | | each | 84.00 |
| 2 | SPWASHER | 1 | 1 | 0 | each | STICK PIN WASHERS | 1 | 32.00 | | each | 32.00 |
| 3 | SPGLUE | 1 | 1 | 0 | each | STICK PIN ADHESIVE | 1 | 50.00 | | each | 50.00 |
| 4 | 220FSS | 25 | 25 | 0 | each | 220 GRIT FILM BACK | 25 | 1.14 | | each | 28.50 |
| 5 | U250JT | 40 | 40 | 0 | RLS | USG 250' JOINT TAPE 20 RLS | 40 | 2.74 | | RLS | 109.60 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 304.10 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **304.10** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/14/16 | 1336030-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/10/16 | | AIT | | dlh2 | 06/13/16 | 06/13/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
AIT

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DX24 | 160 | 160 | 0 | PCS | USG/DONN 12' MAIN TEE20 PC | 1920 | 566.00 | | MLF | 1086.72 |
| 2 | DX422 | 960 | 960 | 0 | PCS | USG/DONN 4' CROSS TEE1-1/2 | 3840 | 537.00 | | MLF | 2062.08 |
| 3 | DX216 | 960 | 960 | 0 | PCS | USG/DONN 2' CROSS TEE60 PC | 1920 | 482.00 | | MLF | 925.44 |
| 4 | DM7 | 40 | 40 | 0 | PCS | USG/DONN 12' ANGLE MOLD7/8 | 480 | 316.00 | | MLF | 151.68 |
| 5 | 12HW-12 | 200 | 200 | 0 | PCS | 12' HANGER WIRE 12 GA. | 2400 | 51.00 | | MLF | 122.40 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 4348.32 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **4348.32** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

**MISSOURI DRYWALL SUPPLY**

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/14/16 | 1336028-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/10/16 | | SPECKER CHAPEL | | dlh2 | 06/13/16 | 06/13/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
FORT LEONARDWOOD
SPECKER CHAPEL

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | NLW-5P | 48 | 48 | 0 | PAIL | GOLD BOND LITE PAILS45# CA | 48 | 16.30 | | PAIL | 782.40 |
| 2 | SD114DW | 1 | 1 | 0 | CTN | 1-1/4" TYPE S-12 SCREW 8 M | 1 | 78.37 | | CTN | 78.37 |
| 3 | 300JTF | 8 | 8 | 0 | RLS | 300' MESH TAPE | 8 | 5.14 | | RLS | 41.12 |
| 4 | DX24 | 80 | 80 | 0 | PCS | USG/DONN 12' MAIN TEE20 PC | 960 | 566.00 | | MLF | 543.36 |
| 5 | DX422 | 480 | 480 | 0 | PCS | USG/DONN 4' CROSS TEE1-1/2 | 1920 | 537.00 | | MLF | 1031.04 |
| 6 | DX216 | 480 | 480 | 0 | PCS | USG/DONN 2' CROSS TEE60 PC | 960 | 482.00 | | MLF | 462.72 |
| 7 | DM7 | 80 | 80 | 0 | PCS | USG/DONN 12' ANGLE MOLD7/8 | 960 | 316.00 | | MLF | 303.36 |
| 8 | 250S125-20-09 | 20 | 20 | 0 | PCS | 2 1/2"X9' STUD 20GA | 180 | 368.00 | | MLF | 66.24 |
| 9 | 250S125-20-12 | 10 | 10 | 0 | PCS | 2-1/2"X12' STUD 20GA. | 120 | 368.00 | | MLF | 44.16 |
| 10 | 250T125-20-10 | 10 | 10 | 0 | PCS | 2 1/2"x10' TRACK 20 GA 1" | 100 | 355.00 | | MLF | 35.50 |
| 11 | C14Z | 2 | 2 | 0 | CTN | 1 1/4 COLLATED SCREW S12 | 2 | 140.40 | | CTN | 280.80 |
| 12 | C368 | 1 | 1 | 0 | each | 1-1/4"FINE GRABBER COLLA | 1 | 103.30 | | each | 103.30 |
| 13 | RZPGP8 | 5 | 5 | 0 | each | GUIDE BITS | 5 | 12.20 | | each | 61.00 |
| | | | Total Drywall Stud = | 400 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 3833.37 |
| Missouri | | CHECKED BY _____ | TAX | 0.00 |
| hazelwood | DATE _____ | | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **3833.37** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/17/16 | 1336197-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/16/16 | | FT WOOD | | cmc | 06/16/16 | 06/16/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
FORT LEONARDWOOD
CPU WILDCAT

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 14R08 | 20 | 20 | 0 | PCS | 1/4"X8' REGULAR | 640 | 380.00 | | MSF | 243.20 |
| 2 | 58M08 | 30 | 30 | 0 | PCS | 5/8"X4'X8' MOLD RESISTANT | 960 | 490.00 | | MSF | 470.40 |
| | | | Total Wallboard = | 1600 | Square Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 713.60 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **713.60** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice**
**ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/17/16 | 1336198-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/16/16 | | FT WOOD | | cmc | 06/16/16 | 06/16/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
CPU WILDCAT

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 150A-30-10 | 50 | 50 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 500 | 398.00 | | MLF | 199.00 |
| 2 | FS929+ | 3 | 3 | 0 | TUBE | 29oz ELASTOMERIC FIRE | 3 | 15.32 | | TUBE | 45.96 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 244.96 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **244.96** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/22/16 | 1336101-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/13/16 | | FORT LEONARDWOOD | | dlh2 | 06/13/16 | 06/20/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 612SP | 1 | 1 | 0 | each | 6 1/2" STICK PINS | 1 | 84.00 | | each | 84.00 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 84.00 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **84.00** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/29/16 | 1336430-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/27/16 | | FORT DINING FACILITY | | dlh2 | 06/28/16 | 06/28/16 | CMC | 1 of 1 |

| Special Instructions | [5] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 087F125-30-12 | 40 | 40 | 0 | PCS | 7/8"X12'DWC CHANNEL 20GA | 480 | 432.00 | | MLF | 207.36 |
| 2 | SD114DW | 1 | 1 | 0 | CTN | 1-1/4" TYPE S-12 SCREW 8 M | 1 | 78.37 | | CTN | 78.37 |
| 3 | 12HW-12 | 400 | 400 | 0 | PCS | 12' HANGER WIRE 12 GA. | 4800 | 51.00 | | MLF | 244.80 |
| 4 | 847 | 12 | 12 | 0 | each | trim tex spray adhesive | 12 | 7.63 | | each | 91.56 |
| 5 | 34PLYWOOD-FR | 4 | 4 | 0 | pcs | 4x8x3/4" PLYWOOD FR | 4 | 61.72 | | pcs | 246.88 |
| 6 | NLW-5P | 10 | 10 | 0 | PAIL | GOLD BOND LITE PAILS45# CA | 10 | 16.30 | | PAIL | 163.00 |
| 7 | H1416 | 1 | 1 | 0 | each | 1/4"x1" KING PIN | 1 | 11.18 | | each | 11.18 |
| 8 | 15807 | 1 | 1 | 0 | each | SPARE PARTS-C B CRIMPER | 1 | 19.92 | | each | 19.92 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 1063.07 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **1063.07** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanic's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 06/30/16 | 1336528-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 06/29/16 | | SPECKER CHAPEL | | cmc | 06/29/16 | 06/29/16 | CMC | 1 of 1 |

| Special Instructions |
|---|
| [3] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

SPECKER CHAPEL
CPU

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | ULTLITE325 | 4 | 4 | .0 | RLS | 100' ULTRA FLEX LITENO-COA | 4 | 50.70 | | RLS | 202.80 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 202.80 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 18.48 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **221.28** |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Payments

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| | Customer No. | Date | Order Number |
|---|---|---|---|
| | 2543 | 07/08/16 | 1336711-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Req'd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 07/07/16 | | FORT LEONARDWOOD | | dlh | 07/07/16 | 07/07/16 | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
FORT LEONARDWOOD
SPECKER
PICK UP
FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58FC12 | 12 | 12 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 576 | 410.00 | | MSF | 236.16 |
| 2 | MAR69105 | 4 | 4 | 0 | each | WHITE POP RIVETS-100 PK | 4 | 2.30 | | each | 9.20 |
| | | | Total Wallboard = | | 576 | Square Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 245.36 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | ADD'L CHARGES | 0.00 |
| | | DELIVERED BY _____ | **TOTAL** | **245.36** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month. **Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 07/19/16 | 1336591-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 07/01/16 | | DINING FACILITY | | cmc | 07/15/16 | 07/15/16 | CMC | 1 of 1 |

| Special Instructions | [5] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3150 | 86 | 86 | 0 | each | 2X2 OPTIMA | 86 | 294.40 | | each | 25318.40 |
| 2 | 673 | 138 | 138 | 0 | each | 2X2 KITCHEN ZONE | 138 | 39.68 | | each | 5475.84 |
| 3 | NLW-5P | 20 | 20 | 0 | PAIL | GOLD BOND LITE PAILS45# CA | 20 | 16.30 | | PAIL | 326.00 |
| 4 | JAB0913 | 25 | 25 | 0 | EACH | 150 GRIT WET CUT CLOTH | 25 | 0.65 | | EACH | 16.25 |
| 5 | 2BT | 100 | 100 | 0 | EA | #2 INSERT BIT TIP | 100 | 0.30 | | EA | 30.00 |
| 6 | RZPGP8 | 6 | 6 | 0 | each | GUIDE BITS | 6 | 12.20 | | each | 73.20 |
| 7 | ULTLITE325 | 1 | 1 | 0 | RLS | 100' ULTRA FLEX LITENO-COA | 1 | 50.70 | | RLS | 50.70 |
| 8 | 220FSS | 25 | 25 | 0 | each | 220 GRIT FILM BACK | 25 | 1.14 | | each | 28.50 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 31318.89 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **31318.89** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 07/13/16 | 1336597-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 07/01/16 | | AIT BLDG | | cmc | 07/11/16 | 07/11/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
AIT BLDG

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | U98223 | 30 | 30 | 0 | CTN | 1"X2X2 HALCYON CLIMAPLUSSL | 1440 | 2000.00 | | MSF | 2880.00 |
| 2 | USG98223 | 135 | 135 | 0 | CTN | 1"X2'X2' HALCYON (48SQ) | 6480 | 2000.00 | | MSF | 12960.00 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 15840.00 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | ADD'L CHARGES | 0.00 |
| | | DELIVERED BY _____ | **TOTAL** | **15840.00** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 07/13/16 | 1336734-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 07/08/16 | | DINING | | DLH | 07/11/16 | 07/11/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58FC12 | 35 | 35 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 1680 | 410.00 | | MSF | 688.80 |
| 2 | NLW-5P | 36 | 36 | 0 | PAIL | GOLD BOND LITE PAILS45# CA | 36 | 16.30 | | PAIL | 586.80 |
| 3 | MCB10 | 50 | 50 | 0 | PCS | 1 1/4" X 10' METAL CORNER | 500 | 179.00 | | MLF | 89.50 |
| 4 | MCB12 | 84 | 84 | 0 | PCS | 1 1/4" X 12' METAL CORNER | 1008 | 179.00 | | MLF | 180.43 |
| 5 | DX216 | 600 | 600 | 0 | PCS | USG/DONN 2' CROSS TEE60 PC | 1200 | 482.00 | | MLF | 578.40 |
| 6 | DX422 | 720 | 720 | 0 | PCS | USG/DONN 4' CROSS TEE1-1/2 | 2880 | 537.00 | | MLF | 1546.56 |
| 7 | DX26 | 40 | 40 | 0 | PCS | USG/DONN 12' HEAVY DUTYMAI | 480 | 687.00 | | MLF | 329.76 |
| | | | Total Wallboard = | | 1680 | Square Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 4000.25 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **4000.25** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" frem all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice**
**ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 07/29/16 | 1337239-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 07/28/16 | | SPECKER CHAPEL | | cmc | 07/29/16 | 07/29/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
SPECKER CHAPEL
JEFF 636-299-8960
FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USG22310 | 144 | 144 | 0 | CTN | RADAR 2X4 HIGH CAC F/C | 9216 | 780.00 | | MSF | 7188.48 |
| 2 | USG98243 | 1 | 1 | 0 | CTN | 2X4X1" HALCYON SL (96) | 96 | 2650.00 | | MSF | 254.40 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>_____ DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 7442.88 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **7442.88** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 07/29/16 | 1336899-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 07/14/16 | | DINING FACILITY | | cmc | 07/29/16 | 07/29/16 | CMC | 1 of 1 |

| Special Instructions | [5] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY

FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 612SP | 2 | 2 | 0 | each | 6 1/2" STICK PINS | 2 | 32.00 | | each | 64.00 |
| 2 | SPWASHER | 1 | 1 | 0 | each | STICK PIN WASHERS | 1 | 84.00 | | each | 84.00 |
| 3 | DM7 | 40 | 40 | 0 | PCS | USG/DONN 12' ANGLE MOLD7/8 | 480 | 316.00 | | MLF | 151.68 |
| 4 | C14Z | 1 | 1 | 0 | CTN | 1 1/4 COLLATED SCREW S12 | 1 | 147.42 | | CTN | 147.42 |
| 5 | E1405 | 5 | 5 | 0 | BAG | R-11X16"X96"UNFACED INSULA | 853.35 | 235.00 | | MSF | 200.54 |
| 6 | E1817 | 9 | 9 | 0 | BAG | R19X16"X96" UNFACED INSULA | 960.03 | 396.00 | | MSF | 380.17 |
| 7 | 58shg08-n | 9 | 9 | 0 | PCS | 5/8"X8'XP EXT EXPOSURESHEA | 288 | 710.00 | | MSF | 204.48 |
| 8 | 250S125-20-12 | 110 | 110 | 0 | PCS | 2-1/2"X12' STUD 20GA. | 1320 | 368.00 | | MLF | 485.76 |
| 9 | 250S125-20-08 | 20 | 20 | 0 | PCS | 2 1/2"X8' STUD 20GA | 160 | 368.00 | | MLF | 58.88 |
| 10 | 250S125-20-10 | 20 | 20 | 0 | PCS | 2 1/2"X10' STUD 20GA | 200 | 368.00 | | MLF | 73.60 |
| 11 | 250T125-20-10 | 90 | 90 | 0 | PCS | 2 1/2"x10' TRACK 20 GA 1" | 900 | 355.00 | | MLF | 319.50 |
| | | | Total Wallboard = | 288 | Square Ft | | | | | | |
| | | | Total Drywall Stud = | 2580 | Lineal Ft | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 2170.03 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **2170.03** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 07/29/16 | 1337306-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 07/29/16 | | FORT | | tjv | 07/29/16 | 07/29/16 | CMC | 1 of 1 |

| Special Instructions | |
|---|---|
| | [2] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
CPU FROM WILDCAT

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 58M12 | 10 | 10 | 0 | PCS | 5/8"X4'X12'MOLD RESISTANT | 480 | 530.00 | | MSF | 254.40 |
| 2 | 362T125-20-10 | 30 | 30 | 0 | PCS | 3 5/8"x10'TRACK 20GA 1"L | 300 | 450.00 | | MLF | 135.00 |
| 3 | THR07054 | 10 | 10 | 0 | each | SANDING SPONGE | 10 | 3.72 | | each | 37.20 |
| 4 | 150A-30-10 | 50 | 50 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 500 | 398.00 | | MLF | 199.00 |
| 5 | LHSB | 1 | 1 | 0 | each | LONG HANDLE SCRUB BRUSH | 1 | 10.68 | | each | 10.68 |
| 6 | SMABSM3003 | 10 | 10 | 0 | each | TIEMANN KNIFE BLADES | 10 | 0.20 | | each | 2.00 |
| | | Total Wallboard = | 480 | Square Ft | | | | | | | |
| | | Total Drywall Stud = | 300 | Lineal Ft | | | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 638.28 |
| Missouri | | CHECKED BY _____ | TAX | 0.00 |
| hazelwood | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. DATE _____ | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **638.28** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month. **Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 08/10/16 | 1337512-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/16 | | SPECKER CHAPEL | | cmc | 08/09/16 | 08/09/16 | CMC | 1 of 1 |

| Special Instructions | [5] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**
COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**
FORT LEONARDWOOD
SPECKER CHAPEL
JEFF 636-299-8960
FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USG22111 | 96 | 96 | 0 | CTN | 2X2 RADAR HIGH NRC (48SQ | 4608 | 818.00 | | MSF | 3769.34 |
| 2 | 847 | 12 | 12 | 0 | each | trim tex spray adhesive | 12 | 7.63 | | each | 91.56 |
| 3 | TT9110 | 50 | 50 | 0 | PCS | 5/8" X 10' PLASTIC TEARAWA | 500 | 146.00 | | MLF | 73.00 |
| 4 | MCB12 | 42 | 42 | 0 | PCS | 1 1/4" X 12' METAL CORNER | 504 | 179.00 | | MLF | 90.22 |
| 5 | DSA20 | 12 | 12 | 0 | TUBE | DSA-20 ADHESIVE - 29 OZ*FL | 12 | 4.43 | | TUBE | 53.16 |
| 6 | MAR69105 | 1 | 1 | 0 | each | WHITE POP RIVETS-100 PK | 1 | 2.30 | | each | 2.30 |
| 7 | SD12F | 1 | 1 | 0 | CTN | 1/2" FRAMING TYPE S-12SCRE | 1 | 106.62 | | CTN | 106.62 |
| 8 | FRPADHES-4 | 1 | 1 | 0 | PAIL | FRP ADHESIVE 4GAL | 1 | 65.56 | | PAIL | 65.56 |
| 9 | 362T125-20-10 | 20 | 20 | 0 | PCS | 3 5/8"x10'TRACK 20GA 1"L | 200 | 396.00 | | MLF | 79.20 |
| 10 | E1405 | 4 | 4 | 0 | BAG | R-11X16"X96"UNFACED INSULA | 682.68 | 235.00 | | MSF | 160.43 |
| 11 | 150A-30-10 | 50 | 50 | 0 | PCS | 1 1/2" X 1 1/2" X 10'ANGLE | 500 | 398.00 | | MLF | 199.00 |
| | | | Total Drywall Stud = | 200 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No<br>Missouri<br>hazelwood | SIGNATURE _____<br><br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br><br>CHECKED BY _____<br><br>DELIVERED BY _____ | SUBTOTAL | 4690.39 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **4690.39** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

**Invoice**
**ORIGINAL**

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 08/17/16 | 1337675-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 08/15/16 | | FORT AIT | | dlh | 08/15/16 | 08/15/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
AIT
PICK UP
,

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USG98223 | 7 | 7 | 0 | CTN | 1"X2'X2' HALCYON (48SQ) | 336 | 2370.00 | | MSF | 796.32 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 796.32 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **796.32** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanic's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month. **Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 08/19/16 | 1337765-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/16 | | FT WOOD | | cmc | 08/18/16 | 08/18/16 | CMC | 1 of 1 |

**Special Instructions** [3]

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
p/up from wildcat

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | UP3LW-4B | 16 | 16 | 0 | BOX | USG PLUS 3 3.5 CARTON | 16 | 10.50 | | BOX | 168.00 |
| 2 | U250JT | 10 | 10 | 0 | RLS | USG 250' JOINT TAPE 20 RLS | 10 | 2.74 | | RLS | 27.40 |
| 3 | 093 | 8 | 8 | 0 | PCS | 10' #093 ZINC CONTROLJOINT | 80 | 882.00 | | MLF | 70.56 |
| 4 | THR07054 | 6 | 6 | 0 | each | SANDING SPONGE | 6 | 3.72 | | each | 22.32 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No Missouri hazelwood | SIGNATURE _____<br>DATE _____<br>I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____<br>CHECKED BY _____<br>DELIVERED BY _____ | SUBTOTAL | 288.28 |
| | | | TAX | 0.00 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **288.28** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com

Invoice
ORIGINAL

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 08/25/16 | 1337882-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/16 | | DINING FACILITY | | CMC | 08/24/16 | 08/24/16 | CMC | 1 of 1 |

| Special Instructions | [4] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
DINING FACILITY
JEFF 636-299-8960
FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USG3260 | 294 | 294 | 0 | CTN | 1/2"x2'x2' USG VINYL IISTI | 4704 | 607.00 | | MSF | 2855.33 |
| 2 | 58FC10 | 12 | 12 | 0 | PCS | 5/8"X10' FIRE RATED WLBD | 480 | 410.00 | | MSF | 196.80 |
| 3 | 58FC12 | 8 | 8 | 0 | PCS | 5/8"X12' FIRE RATED WLBD | 384 | 410.00 | | MSF | 157.44 |
| 4 | 58FC08 | 6 | 6 | 0 | PCS | 5/8"X8' FIRE RATED WLBD | 192 | 410.00 | | MSF | 78.72 |
| 5 | 58MIR10 | 6 | 6 | 0 | PCS | 5/8"x10'MOLD IMPACT WALLBO | 240 | 1025.00 | | MSF | 246.00 |
| 6 | 58M10 | 18 | 18 | 0 | PCS | 5/8"X4'X10'MOLD RESISTANT | 720 | 490.00 | | MSF | 352.80 |
| 7 | NLW-5P | 12 | 12 | 0 | PAIL | GOLD BOND LITE PAILS45# CA | 12 | 16.30 | | PAIL | 195.60 |
| | | | Total Wallboard = | 2016 | | Square Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 4082.69 |
| Missouri hazelwood | DATE _____ | CHECKED BY _____ | TAX | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **4082.69** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 08/30/16 | 1338046-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 08/29/16 | | DINING | | cmc | 08/30/16 | 08/30/16 | CMC | 1 of 1 |

| Special Instructions | |
|---|---|
| PROJECT W912DQ-15-C-4004 | [4] |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

COMMERCIAL DRYWALL
TBUP 1010
JEFF 636299-8960
FORT LEONARDWOOD, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USG3260 | 256 | 256 | 0 | CTN | 1/2"x2'x2' USG VINYL IISTI | 4096 | 500.00 | | MSF | 2048.00 |
| 2 | U250JT | 4 | 4 | 0 | RLS | USG 250' JOINT TAPE 20 RLS | 4 | 2.74 | | RLS | 10.96 |
| 3 | 300JTF | 2 | 2 | 0 | RLS | 300' MESH TAPE | 2 | 5.14 | | RLS | 10.28 |
| 4 | JAB0914 | 25 | 25 | 0 | each | 120 WET KUT CLOTH | 25 | 0.65 | | each | 16.25 |
| 5 | DX24 | 140 | 140 | 0 | PCS | USG/DONN 12' MAIN TEE20 PC | 1680 | 566.00 | | MLF | 950.88 |
| 6 | DX422 | 840 | 840 | 0 | PCS | USG/DONN 4' CROSS TEE1-1/2 | 3360 | 537.00 | | MLF | 1804.32 |
| 7 | DX216 | 600 | 600 | 0 | PCS | USG/DONN 2' CROSS TEE60 PC | 1200 | 482.00 | | MLF | 578.40 |
| 8 | NLW-5P | 2 | 2 | 0 | PAIL | GOLD BOND LITE PAILS45# CA | 2 | 16.30 | | PAIL | 32.60 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 5451.69 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **5451.69** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 10/28/16 | 1339189-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 10/12/16 | | CPU | | dwh | 10/12/16 | 10/28/16 | CMC | 1 of 1 |

| Special Instructions | [3] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

COMMERCIAL DRYWALL CORPORATIO
CPU

, MO

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DEWDWA8011 | 200 | 200 | 0 | EACH | GENERAL PURPOSE CHOP SAWEL | 200 | 5.50 | | EACH | 1100.00 |
| 2 | DEWD28715P | 2 | 2 | 0 | EACH | PROMO D287150 | 2 | 0.00 | | EACH | 0.00 |

**Tax Details**

Taxable: Yes
Missouri
hazelwood

**Received By**

SIGNATURE _____

DATE _____

I CERTIFY THAT THE MATERIALS LISTED ON THIS
DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION
INDICATED AND THE QUANTITIES ARE CORRECT.

**Sign & Date**

LOADED BY _____

CHECKED BY _____

DELIVERED BY _____

| Totals | |
|---|---|
| SUBTOTAL | 1100.00 |
| TAX | 100.25 |
| ADD'L CHARGES | 0.00 |
| **TOTAL** | **1200.25** |
| Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

**Invoice**
**ORIGINAL**

Visit us online at www.modrywall.com

**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2543 | 10/28/16 | 1339656-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 10/27/16 | | DINING | | cmc | 10/27/16 | 10/28/16 | CMC | 1 of 1 |

| Special Instructions | [6] |
|---|---|

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
CPU

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 362S125-20-12 | 40 | 40 | 0 | PCS | 3-5/8" X 12' STUD 20 GA. | 480 | 413.00 | | MLF | 198.24 |
| 2 | 362T125-20-10 | 20 | 20 | 0 | PCS | 3 5/8"x10'TRACK 20GA 1"L | 200 | 407.00 | | MLF | 81.40 |
| 3 | 362T125-43-10 | 12 | 12 | 0 | PCS | 3-5/8x10'TRACK 18ga | 120 | 844.00 | | MLF | 101.28 |
| 4 | 362S162-43-12 | 26 | 26 | 0 | PCS | 3-5/8X12'STUD 18GA 33KSI | 312 | 1044.00 | | MLF | 325.73 |
| 5 | 34PLYWOOD-FR | 12 | 12 | 0 | pcs | 4x8x3/4" PLYWOOD FR | 12 | 61.72 | | pcs | 740.64 |
| 6 | 093 | 25 | 25 | 0 | PCS | 10' #093 ZINC CONTROLJOINT | 250 | 882.00 | | MLF | 220.50 |
| | | | Total Drywall Stud = | | 1112 | Lineal Ft | | | | | |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 1667.79 |
| Missouri | | CHECKED BY _____ | TAX | 0.00 |
| hazelwood | DATE _____ | | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **1667.79** |
| | | | Payments | |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

**Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Visit us online at www.modrywall.com



**REMIT TO:**
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| | Customer No. | Date | Order Number |
|---|---|---|---|
| | 2543 | | 1340125-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 11/16/16 | | AIT FT LEONARDWOOD | | dlh2 | 11/16/16 | | CMC | 1 of 1 |

| Special Instructions | [2] |
|---|---|
| PROJECT W912DQ-15-C-4004 | |

**SOLD TO**

COMMERCIAL DRYWALL CORPORATION
5920 THOMAS ESTATES DRIVE

HILLSBORO, MO 63050

**SHIP TO**

FORT LEONARDWOOD
AIT
PICK UP

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | USG86785 | 40 | 40 | 0 | CTN | 3/4"2x2 MARS SLB CLIM(48 | 1920 | 1450.00 | | MSF | 2784.00 |
| 2 | USG506 | 3 | 3 | 0 | CTN | 5/8X2X2 USG FISSURED SHADO | 192 | 640.00 | | MSF | 122.88 |

*than E Welk*

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: No | SIGNATURE _____ | LOADED BY _____ | SUBTOTAL | 2906.88 |
| Missouri | | | TAX | 0.00 |
| hazelwood | DATE _____ | CHECKED BY _____ | ADD'L CHARGES | 0.00 |
| | I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | DELIVERED BY _____ | **TOTAL** | **2906.88** |

| | Payments | |
|---|---|---|
| | Check | 2906.88- |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month. **Thank You**



# MISSOURI DRYWALL SUPPLY, INC.

314 McDonnell Blvd.
Hazelwood, MO 63042
Phone (314) 731-2282
Fax (314) 731-2114

Invoice
ORIGINAL

Visit us online at www.modrywall.com

REMIT TO:
Missouri Drywall Supply
314 McDonnell Blvd.
Hazelwood, MO 63042

| Customer No. | Date | Order Number |
|---|---|---|
| 2 | 12/29/16 | 1340809-00 |

| Order Date | Customer P.O. Number | Customer Job No. | Ordered By | Entered By | Reqd Ship Date | Date Shipped | Sales Rep | Page No. |
|---|---|---|---|---|---|---|---|---|
| 12/15/16 | | COMMERCIAL | | cmc | 12/15/16 | 12/27/16 | CMC | 1 of 1 |

| Special Instructions | [8] |
|---|---|

SOLD TO
COD/PREPAID Account
MISC SALE

SHIP TO
COMMERCIAL DRYWALL
CPU

| | Product No. | Ordered | Shipped | B.O. | Units | Description | Extension | Unit Price | Discount | U/M | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | A3150 | 8 | 8 | 0 | each | ARMSTRONG 3150 | 8 | 299.52 | | each | 2396.16 |
| 2 | USG506 | 10 | 10 | 0 | CTN | 5/8X2X2 USG FISSURED SHADO | 640 | 585.00 | | MSF | 374.40 |

| Tax Details | Received By | Sign & Date | Totals | |
|---|---|---|---|---|
| Taxable: Yes Missouri hazelwood | SIGNATURE _____ DATE _____ I CERTIFY THAT THE MATERIALS LISTED ON THIS DELIVERY RECEIPT WERE DELIVERED TO THE LOCATION INDICATED AND THE QUANTITIES ARE CORRECT. | LOADED BY _____ CHECKED BY _____ DELIVERED BY _____ | SUBTOTAL | 2770.56 |
| | | | TAX | 252.48 |
| | | | ADD'L CHARGES | 0.00 |
| | | | **TOTAL** | **3023.04** |
| | | | Payments | |
| | | | Check | 3023.04- |

NOTICE TO OWNER - Failure of this contractor to pay those persons supplying material or services to complete this contract can result in the filing of a mechanics's lien on the property which is the subject of this contract pursuant to chpter 429, RSMo. To avoid this result you may ask this contractor for "Lien Wavers" from all persons supplying materials or services for the work described in this contract. Failure to secure lien waivers may result in your paying for labor and material twice.

NOTICE: Cost of collection past due accounts will be charged to customer's account. Past due amounts draw interest at 1 1/2% per month.

Thank You